23029. ELBERT COUNTY v. MacDONALD et al.

MOBLEY, Justice. Elbert County excepted to certain rulings of the trial court. Under the ruling of this court in case No. 23027 the trial court properly overruled the general demurrer of Elbert County to counts I and II of the petition, and erred in overruling its general demurrer to counts III and IV. The other rulings of the trial court excepted to by Elbert County are affirmed.

*Judgment affirmed in part; reversed in part. All the Justices concur, except Cook, J., disqualified.*

ARGUED JULY 12, 1965—DECIDED SEPTEMBER 9, 1965—
REHEARING DENIED SEPTEMBER 22, 1965.

*Grant & Matthews, William F. Grant,* for plaintiff in error.
*Arthur K. Bolton, Attorney General, Richard L. Chambers, E. J. Summerour, Assistant Attorneys General, Heard & Leverett, E. Freeman Leverett, Robert E. Knox,* contra.